[No. 19194-0-III.   Division Three.   January 18, 2001.]

SPOKANE COUNTY, *Appellant*, v. LAZY H RANCHES, ET AL., *Defendants*, CORPORATE SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-03607-3, James M. Murphy, J., entered February 23, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[Nos. 18206-1-III; 18241-0-III.   Division Three.   January 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL JESUS ROBERTS, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. CURTIS JAMES STRANGE, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 98-1-01955-8 and 98-1-01965-5, Paul A. Bastine, J., entered January 29 and February 5, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 18664-4-III.   Division Three.   January 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH TIMOTHY HAYNIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00196-1, Kathleen M. O'Connor, J., entered July 26, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.